UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE BRAND COMPANY,
Plaintiff(s),
v.
WARREN P. LESSER ET AL,
Defendant(s).

Case No. 3:26-cv-11050-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Jack Allen Wheat, an active member in good standing of the bar of Supreme Court of Kentucky/KY Bar, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Warren P. Lesser & M in the above-entitled action. My local co-counsel in this case is Ian K. Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 191434.

| | |
|---|---|
| 500 West Jefferson Street, Suite 2400, Louisville, KY 40202 | One Embarcadero Center, Twenty-Second Floor San Francisco, CA 94111-3711 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 502-327-5400 x 2308 | 415-392-1960 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jwheat@mcbrayerfirm.com | iboyd@sideman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 75945.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court -0- times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/19/2026

Jack Allen Wheat
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jack Allen Wheat is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 20, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Matthew P. Cook
President

J. Tanner Watkins
President-Elect

Amelia M. Adams
Vice President

Todd V. McMurtry
Immediate Past President

Christine L. Stanley
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Hailey Scoville Bonham
Miranda D. Click
James R. Coltharp, Jr.
Erritt H. Griggs
Sheila P. Hiestand
Ronald E. Johnson, Jr.
Sarah Hay Knight
Jennifer L. Lawrence
LaToi D. Mayo
Stephanie McGehee-Shacklette
R. Stephen McGinnis
Ryan C. Reed
Catherine D. Stavros
Matthew C. Tierney

*THIS IS TO CERTIFY THAT*

**JACK ALLEN WHEAT**

*McBrayer PLLC*
*500 W Jefferson St., Ste. 2400*
*Louisville, Kentucky 40202*

***Membership No. 75945***

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 7th day of October, 2026.*

***JOHN D. MEYERS***
***REGISTRAR***

*By:* ______________________

***John D. Meyers, Registrar***