**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| People Brand Company LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Warren P. Lesser and<br>Magna Pharmaceuticals, Inc.<br><br>Defendants. | Case No.: 3:26-cv-11050-CRB<br><br>**ORDER DENYING STIPULATED MOTION TO EXTEND TIME TO OPPOSE AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (DKT. 23)** |

Having considered the Parties' Stipulated Motion to extend the briefing deadlines on Defendants' Motion to Dismiss Certain Claims and Stay Any Remaining Claims (Dkt. 23 the Motion is denied.

:

Dated: November 10, 2026

Hon. Charles R. Breyer
United States District Judge